IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:19 CR 499 |
| SARAH WERMAN, | ) ) | Title 18, Section 922(a)(6), United States Code |
| Defendant. | ) ) | JUDGE BOYKO |

COUNT 1
(Making a False Statement in Acquisition of a Firearm, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

On or about March 14, 2019, in the Northern District of Ohio, Eastern Division, SARAH WERMAN, in connection with the acquisition of firearms, to wit: a Ruger, model Security-9, 9mm caliber pistol, serial number 381-99305, from Fin Feather Fur Outfitters, Middleburg Heights LLC, located at 18030 Bagley Road, Middelburg Heights, Ohio, a federally licensed dealer of firearms, did knowingly and unlawfully make and cause to be made false and fictitious statements, intended and likely to deceive said dealer with respect to facts material to the lawfulness of the sale and acquisition of said firearm under the provisions of Chapter 44, Title 18 of the United States Code, in that SARAH WERMAN did knowingly state and represent on Federal Firearms Transaction Records, those are, ATF Forms 4473, that she was the actual buyer of said firearms, when in fact, she was not the actual buyer of the firearms, in violation of Title 18, Section 922(a)(6), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.